**Order filed July 3, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00627-CV

———————

## IN THE MATTER OF T.T.L., a Juvenile

---

**On Appeal from County Court at Law
Waller County, Texas
Trial Court Cause No. JV08-17**

---

## O R D E R

Appellant's appointed counsel filed a brief under the authority of *Anders v. California*, 386 U.S. 738(1967), in which he concludes the appeal is wholly frivolous and without merit. To comply with the requirements set forth in *Anders*, counsel must file: (1) a copy of the transmittal letter to the client accompanying his copy of the *Anders* brief in which the client is informed of his right to file a *pro se* brief and obtain a record view; and (2) a Motion to Withdraw. Accordingly, we enter the following order.

1

We order **Calvin Garvie** to file a copy of the transmittal letter on or before **July 13, 2012.** Further, we order **Calvin Garvie** to file a motion to withdraw on or before **July 13, 2012.**

PER CURIAM